IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-CR-00091-KDB-DCK-1

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| XAVIER AHMAD CADE | ) |
| | ) |

**THIS MATTER** is before the Court upon motions of the defendant pro se to unseal documents and calculation of jail credit for time spent in federal custody. (Doc. No. 36).

It is the responsibility of the Attorney General, through the Bureau of Prisons, to compute jail credit. United States v. Stroud, 584 F. App'x 159, 160 (4th Cir. 2014) (citing United States v. Wilson, 503 U.S. 329, 334-35 (1992)). If a defendant is not given the sentencing credit he thinks he deserves, his recourse is first to seek an administrative remedy, 28 C.F.R. § 542.10, and after that to file a petition under 28 U.S.C. § 2241 in the district of confinement.[1] Id.

The Court has already ruled on the motion to unseal by granting it in part and denying it in part. (Doc. No. 38).

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion for calculation of jail credit, (Doc. No. 36), is **DENIED**.

---

[1] The defendant is serving his sentence at Coleman USP in Coleman, Florida. (per BOP records).

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: March 3, 2020

Kenneth D. Bell
United States District Judge